ROGER K. LITMAN, 57634
Attorney at Law
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, MARCOS BARRAGAN-FARIAS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARCOS BARRAGAN-FARIAS, ) <br> ) <br> Defendant. ) <br> _____) | CASE NO. 1:12-cr-00051-AWI <br><br> **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |

The parties hereto, by and through their respective attorneys, stipulate and agree that the status conference currently scheduled for March 5, 2012, be continued to April 2, 2012 at 10:00 a.m.

This continuance is necessary to afford counsel sufficient time for negotiation and further investigation of the instant action.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED:  March 1, 2012                 /s/ Kimberly Sanchez
                                      **IAN L. GARRIQUES**
                                      Assistant United States Attorney
                                      **This was agreed to by Mr. Garriques via email on March 1, 2012**

///

///

1

DATED: March 1, 2012              /s/ Roger K. Litman
                                  ROGER K. LITMAN
                                  Attorney for Defendant
                                  MARCOS BARRAGAN-FARIAS

**ORDER**

IT IS SO ORDERED.

Dated:   March 1, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE