1 | BENJAMIN B. WAGNER
United States Attorney
2 | IAN L. GARRIQUES
Assistant U.S. Attorney
3 | 2500 Tulare Street, Suite 4401
Fresno, California 93721
4 | Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:12-CR-00051-AWI-DLB |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| v. | ) | |
| MARCOS BARRAGAN FARIAS, | ) | Date: April 9, 2012<br>Time: 10:00 a.m.<br>Judge: Hon. Anthony W. Ishii |
| Defendant. | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference now set for April 2, 2012, may be continued to **April 9, 2012, at 10:00 a.m.**

The reason for the continuance is to allow for further case preparation, investigation, and plea negotiations. Specifically, the additional time is necessary for further defense consideration of the government's previously extended plea offer. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial and that the

delay from the continuance shall be excluded from the calculation of time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

Dated: March 28, 2012                    Respectfully submitted,

                                                  BENJAMIN B. WAGNER
                                                United States Attorney

                                     By:   /s/ Ian L. Garriques
                                                 IAN L. GARRIQUES
                                                 Assistant U.S. Attorney

Dated: March 28, 2012             By:   /s/ Roger K. Litman
                                                 ROGER K. LITMAN
                                                 Attorney for Defendant

**O R D E R**

The intervening period of delay shall be excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:     March 29, 2012
                                     CHIEF UNITED STATES DISTRICT JUDGE