ROGER K. LITMAN, 57634
Attorney at Law
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, MARCOS BARRAGAN-FARIAS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>MARCOS BARRAGAN-FARIAS,<br><br>   Defendant. | CASE NO. 1:12-cr-00051-AWI<br><br>**STIPULATION AND<br>TO<br>CONTINUE STATUS CONFERENCE** |

   The parties hereto, by and through their respective attorneys, stipulate and agree that the status conference currently scheduled for April 30, 2012, be continued to May 21, 2012 at 10:00 a.m.

   This continuance is necessary to afford defense counsel sufficient time to obtain records and complete assessment regarding Mr. Barragan-Farias' competency and related mental health issues.

   The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED:  April 26, 2012            /s/ Ian L. Garriques
                                  **IAN L. GARRIQUES**
                                  Assistant United States Attorney
                                  **This was agreed to by Mr. Garriques
                                  via email on April 26, 2012**

///

1

DATED: April 26, 2012            /s/ Roger K. Litman
                                 ROGER K. LITMAN
                                 Attorney for Defendant
                                 MARCOS BARRAGAN-FARIAS

                                 <u>ORDER</u>

IT IS SO ORDERED.

Dated:   April 26, 2012

                                 _____
                                 CHIEF UNITED STATES DISTRICT JUDGE