ROGER K. LITMAN, 57634
Attorney at Law
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, MARCOS BARRAGAN-FARIAS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>    Plaintiff,                     )<br>                                    )<br>    v.                              )<br>                                    )<br>MARCOS BARRAGAN-FARIAS,             )<br>                                    )<br>    Defendant.                      )<br>_____ ) | CASE NO. 1:12-cr-00051-AWI<br><br>**ORDER RE COMPETENCY TO STAND TRIAL (18 U.S.C. § 4241(d))** |

Based on defense counsel's conclusions and representations in his declaration, and the stipulation of counsel, it appears pursuant to 18 U.S.C. § 4241(d), that there is reasonable cause to believe that Mr. Barragan-Farias is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

Pursuant to 18 U.S.C. § 4241(d)(1), the court hereby commits the defendant to the custody of the Attorney General. The Attorney General shall hospitalize the defendant for treatment in a suitable facility for such a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit him to understand the nature and consequences of the proceedings aaginst him or to assist properly in his defense.

At the end of the four month period, the director of the facility will certify

1

that Mr. Barragan-Farias has attained the capacity to understand the nature and consequences of the proceedings against him or to assist properly in his defense, or that his mental competency has not so improved to an extent that he is able to understand the nature and consequences of the proceedings against him or to assist properly in his defense, as described in 18 U.S.C. § 4241. The court will then determine whether it is appropriate to hold a hearing pursuant to the provisions of 18 U.S.C. § 4247(d).

All time will be excluded in computing the time within which the trial of defendant's current offense must commence pursuant to 18 U.S.C. §§ 3161(h)(1)(A), (h)(4).

The status conference hearing in this proceeding is currently set for September 24, 2012 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   May 18, 2012

CHIEF UNITED STATES DISTRICT JUDGE

2