ROGER K. LITMAN, 57634
Attorney at Law
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, MARCOS BARRAGAN-FARIAS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:12-cr-00051-AWI |
| Plaintiff, | |
| v. | **ORDER TO RETURN DEFENDANT TO COURT** |
| MARCOS BARRAGAN-FARIAS, | |
| Defendant. | |

The court, on September 24, 2012, conducted proceedings in open court subsequent to the court's earlier order of May 18, 2012 issued pursuant to 18 U.S.C. §4241(d).

The court having received the February 15, 2013 forensic evaluation of the Mental Health Department, Federal Medical Center, Butner, North Carolina certifying the restoration of Marcus Barragan-Farias' competency to stand trial in the instant action, now orders that Mr. Barragan-Farias be transported by the United States Marshal's Office from the Federal Medical Center at Butner, North Carolina to the Eastern District of California for further proceedings in this action.

The court requests that the Marshal's Office expedite Mr. Barragan-Farias' return to Fresno, California. Whether the Marshal's Office is able to accommodate this request, or not, the court directs that appropriate steps be taken to assure that Mr. Barragan-Farias receives all doses of his prescribed medication while in transit.

1     The matter is set for a status conference on March 11, 2013 at 10:00 a.m.
2 in the courtroom of the Honorable Anthony W. Ishii, U.S. District Court
3 Judge, Eastern District of California.

4

5 Approved as to
   Form and Content:
6

7 DATED: February 28, 2013    /s/ Mark McKeon
                                          MARK MCKEON
8                                             Assistant United States Attorney

9
10 IT IS SO ORDERED.

11 Dated:   March 1, 2013
12                                             SENIOR DISTRICT JUDGE

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28