ROGER K. LITMAN, 57634
Attorney at Law
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, MARCOS BARRAGAN-FARIAS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:12-cr-00051-AWI |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| MARCOS BARRAGAN-FARIAS, | |
| Defendant. | |

The parties hereto, by and through their respective attorneys, stipulate and agree that the status conference currently scheduled for March 11, 2013, be continued to March 18, 2013 at 10:00 a.m.

Within the last week Mr. Barragan was ordered returned from Butner, North Carolina. According to the Marshal's Office, he will not arrive in Fresno in time for the scheduled appearance on March 11, 2013.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED: March 7, 2013          /s/ Mark McKeon
                              **MARK MCKEON**
                              Assistant United States Attorney
                              **This was agreed to by Mr. McKeon via telephone on March 7, 2013**

///

1

DATED: March 7, 2013

/s/ Roger K. Litman
ROGER K. LITMAN
Attorney for Defendant
MARCOS BARRAGAN-FARIAS

IT IS SO ORDERED.

Dated: March 8, 2013

SENIOR DISTRICT JUDGE

2